```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,

                     Plaintiff,

        - against -

JOHN DOE 1 - 1000, et al.,

                    Defendants.
------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a motion to compel discovery and other relief. The relief sought is premature as Defendants have not yet appeared and no Rule 26(f) conference has taken place. Accordingly, Plaintiff's motion is denied without prejudice at this time.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2022
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Vicky Ware Bey
80 Patton Avenue
Wyandanch, NY 11798

1