UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT IN NEW YORK
_____

**Vicky Ware Bey, In Proper Persona Sui Juris**

**JOHN DOE 1 – 1000, JANE DOE 1 - 1000**

**Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party**

     **VS**

**Mayor Eric Adams for the
CITY OF NEW YORK**

**CITY OF NEW YORK**

**Louis Molina, Commissioner for the
NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**Melanie Whinnery, Executive Director for the
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**JOHN DOE 1-10,000, JANE DOE 1-10,000**

**DEFENDANT(S)**
_____

**ORDER GRANTING
PROVISIONAL MONETARY
RELIEF**

**CASE # 1:22-CV-02593**

IT IS ORDERED, that the CITY OF NEW YORK / NEW YORK CITY DEPARTMENT OF CORRECTIONS to pay the Petitioner $ 10,000,000.00 Ten Million Dollars in Compensatory damages for the intentional diminishment of her salary, loss of the variable supplement, the wrongful denial of the Hazard Pay which her salary was diminished and impaired by an additional 12% and $20,000,000.00 Twenty Million Dollars for the substantial injuries she suffered as a result of the Defendants gross negligence and negligent hiring, retention and training practices and $10,000,000.00 Ten Million Dollars for intentional discrimination; totaling $40,000,000.00 Forty Million Dollars the clerk shall enter judgment / Provisional Remedy accordingly.

Dated: April 29, 2022

_____
Judge S.D.N.Y.