```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT IN NEW YORK**

**Vicky Ware Bey, In Proper Persona Sui Juris**

**JOHN DOE 1 – 1000, JANE DOE 1 - 1000**

**Plaintiff / Petitioner / Claimant / Crime Victim**
**Aggrieved and Injured Party**

    **VS**

**Mayor Eric Adams for the**
**CITY OF NEW YORK**

**CITY OF NEW YORK**

**Louis Molina, Commissioner for the**
**NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**Melanie Whinnery, Executive Director for the**
**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**JOHN DOE 1-10,000, JANE DOE 1-10,000**

**DEFENDANT(S)**

AFFIDAVIT / APPLICATION
FOR A WRIT OF EXECUTION
CASE # 1:22-CV-02593

I Vicky Ware Bey, In Proper Persona Sui Juris, affirms that she is the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter who is personally knowledgeable of all the facts and circumstances and makes this Application / Affidavit for a Writ of Execution based on the following:

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party Vicky Ware Bey, In Proper Persona Sui Juris has a judgment dated April 29, 2022 that was approved as to form in the sum of $40,000,000.00 Forty Million Dollars Dockets # 39 and # 40 for Compensatory damages for the intentional diminishment of her salary, loss of the variable supplement, the

wrongful denial of the Hazard Pay which her salary was diminished and impaired by an additional 12% and for the substantial injuries she suffered as a result of the Defendants gross negligence, negligent hiring, retention and training practices, and intentional discrimination in which she was injured by.

The Judgment debtor/ Defendants City of New York has not paid anything towards this partial settlement / provisional remedy.

The Clerk shall forward the Partial Settlement / Provisional Remedy to the NEW YORK CITY Comptroller located at 100 Center Street, New York, New York 10007 and to execute on May 2, 2022 directing payment in the sum of $40,000,000.00 Forty Million Dollars plus court fees if applicable by direct deposit or check.

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party Vicky Ware Bey seeks a return of the execution within 30 days. The Clerk shall docket and execute this Partial Settlement / Provisional Remedy, pursuant to FRCP 69(1), CPLR 2219, CPLR 5018(b).

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party Vicky Ware Bey respectfully request that this Court issue a Writ of Execution authorizing the Sheriff to seize non-exempt property to satisfy this judgment if necessary.

Dated: May 2, 2022

Witnessed hereto before me on
2nd Day of May 2022

_____
NOTARY

DAVID SCHNEIDEWIND
NOTARY PUBLIC, State of NY
No. 01SC6391355
Qualified in Nassau County
Commission Exp. May 6, 2023

_____
Vicky Ware Bey, In Proper Persona Sui Juris
Authorized Representative
Vicky Ware, Ex-Relational
All Rights Reserved, UCC 1-207, 1-308, 1-103
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

Plaintiff's motion for writ of execution (Dkt. 42) and proposed orders (Dkt. 39-40) are denied. None of these applications are procedurally proper and would only have potential relevance at the end of the case in the event Plaintiff were successful and other conditions were met. This case is only in its infancy, and Defendants have yet to answer. Plaintiff shall not continue to file irrelevant documents.

SO ORDERED:

5/3/2022  _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE