USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2022

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT IN NEW YORK**

_____

**Vicky Ware Bey, In Proper Persona Sui Juris**

**JOHN DOE 1 – 1000, JANE DOE 1 - 1000**

**Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party**

    **VS**

**Mayor Eric Adams for the**
**CITY OF NEW YORK**

**CITY OF NEW YORK**

**Louis Molina, Commissioner for the**
**NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**Melanie Whinnery, Executive Director for the**
**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**JOHN DOE 1-10,000, JANE DOE 1-10,000**

**DEFENDANT(S)**
_____

**AFFIRMATION**
**NOTICE OF MOTION**

**CASE # 1:22-CV-02593**

I Vicky Ware Bey, In Proper Persona Sui Juris, affirms that she is the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter who is personally knowledgeable of all the facts and circumstances.

April 8, 2022, all of the Defendants in this action were personally served the Summons an Complaint.

April 29, 2022, was the original return date for the Defendants to answer the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party Summons and Complaint which contained grievances, causes of action and claims for which relief could be granted with proof of

her claims demonstrated in the Exhibits filed in this court.  The Defendants asked for a extension of time to answer the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Summons and Complaint she did not consent to it and the court granted the Defendants a total of 88 days to answer her Summons and Complaint which is beyond 30 days and beyond 60 days to answer.  The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party opposed and objected to the Defendants receiving an extension of time past May 7, 2022, to answer her Summons and Complaint because the Defendants already had prior knowledge and enough time to answer and redress the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's grievances, causes of action and claims for which relief could be granted prior to this action. While the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is waiting for the Defendants to answer she and her relatives are still being stalked, sexually exploited, and deprived of their human rights daily.  The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives who have been crime victims for over eight years are without any type of relief.

May 9, 2022, made 30 days excluding the day of service the Defendants were served the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Summons and complaint.

The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party asks the court to vacate its decision extending time for the Defendants to answer past May 13, 2022.

Dated: May 12, 2022

/s/ Vicky Ware Bey_____
Vicky Ware Bey, In Proper Persona Sui Juris
Vicky Ware, Ex-Relational
All Rights Reserved, UCC 1-207, 1-308,1-103
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

The letter motion to vacate is denied.  Whether considered as a motion for reconsideration or a motion to vacate, Plaintiff has not raised any issue of fact or law overlooked by the Court, or that is new, or that otherwise warrants vacatur or reconsideration.

SO ORDERED: /s/
5/13/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE