

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022
```

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT IN NEW YORK**

_____

**Vicky Ware Bey, In Proper Persona Sui Juris**

**JOHN DOE 1 – 1000, JANE DOE 1 - 1000**

**Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party**

**VS**

**Mayor Eric Adams for the CITY OF NEW YORK**

**Louis Molina, Commissioner NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**Melanie Whinnery, Executive Director NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**JOHN DOE  1-10,000, JANE DOE 1-10,000**

**DEFENDANT(S)**
_____

NOTICE OF MOTION
MOTION FOR THE ENTRY
OF JUDGMENT AS A
MATTER OF LAW OR
A NEW TRIAL

CASE # 1:22-CV-02593

PLEASE TAKE NOTICE that upon the annexed Affirmation in Support of this Motion from the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, Vicky Ware Bey, In Proper Persona, Sui Juris motion moves this court, United States District Court for the Southern District in New York located at 500 Pearl Street, New York, New York 10007 before the Honorable Paul A. Engelmeyer on July 13, 2022  at 9:30 AM to immediately enter judgment as a matter of law pursuant to Federal Rules of Civil Procedure 56(a) and based upon facts, laws, expert testimony and other prima facie evidence proof upon claims in the sum of $565,000,000.00 Five Hundred Sixty Five Million Dollars with an indefinite Interstate and International Restraining Order – Stay Away Order or to start a new trial pursuant to Federal Rules of Civil Procedure 59.

Dated: June 29, 2022

/s/ Vicky Ware Bey

_____

Vicky Ware Bey, In Proper Persona
Authorized Representative for
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

Motion denied without prejudice as premature. Defendants have filed a motion to dismiss. By separate order, discovery will be stayed pending determination of the motion to dismiss. Post-discovery dispositive motion practice as sought by Plaintiff is premature. If the Court converts Defendants' motion to dismiss to a motion for summary judgment, the Court will provide notice and opportunity for Defendant to submit factual information outside the pleadings.

SO ORDERED:

6/30/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE