```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                       :
                                                      :        22-CV-2593 (PAE) (RWL)
                            Plaintiff,                :
                                                      :
              - against -                             :        **ORDER**
                                                      :
JOHN DOE 1 - 1000, et al.,                            :
                                                      :
                            Defendants.               :
                                                      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Defendants filed a motion to dismiss on June 28, 2022.  Any opposition by Plaintiff

must be filed by **August 1, 2022.**  Any reply must be filed by **August 15, 2022**.


                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE


Dated: June 30, 2022
        New York, New York

1