USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,

                Plaintiff,

      - against -

ERIC ADAMS, et al.,

                Defendants.
------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On June 30, 2022, the Court directed that all discovery would be stayed pending determination of Defendants' pending motion to dismiss. Accordingly, **all discovery** is hereby **stayed** pending determination of Defendants' motion to dismiss.

    On July 6, 2022, Plaintiff filed several affidavits of service of subpoenas with discovery demands. (Dkt. 66-69.) Those subpoenas are hereby stricken, and no person to whom a subpoena was issued need respond. Plaintiff is ordered not to serve or file additional discovery demands of any kind until such time as the stay of discovery may be lifted. The only documents to be filed by Plaintiff at the present time are Plaintiff's opposition to Defendants' motion to dismiss, which opposition remains due by **August 1, 2022**.

    Failure to comply with this or any other Court order may result in sanctions, including dismissal of Plaintiff's case with prejudice.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2022
       New York, New York