```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICKY WARE BEY,

      Plaintiff,

  - against -

ERIC ADAMS, et al.,

      Defendants.
-----------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

 Plaintiff's filings at Dkts. 77, 79-82 are not procedurally appropriate and violate this Court's Order at Dkt. 72 regarding the documents that may be filed by Plaintiff while Defendants' motion to dismiss is pending. Plaintiff shall not file anything further on the docket unless directly related to Defendants' motion to dismiss. Failure to comply with this or any order of the Court may result in sanctions, including dismissal of Plaintiff's case with prejudice.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2022
   New York, New York

1