```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                             :
                                                            :    22-CV-2593 (PAE) (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :    ORDER
                                                            :
ERIC ADAMS, et al.,                                         :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's filing at Dkt. 92 is frivolous – there is no provisional restraining order in place. The filing also violates this Court's orders at Dkt. 72 and 83 regarding what documents Plaintiff may file. Further violation of the Court's orders may result in dismissal of the case with prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2022
       New York, New York

1