USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/10/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                     :
                                                    :          22-CV-2593 (PAE) (RWL)
                              Plaintiff,            :
                                                    :
              - against -                           :          **ORDER**
                                                    :
ERIC ADAMS, et al.,                                 :
                                                    :
                              Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Plaintiff's requests for relief at Dkts. 96 and 98 are denied as entirely speculative.

The filing also violates this Court's orders at Dkt. 72, 83, and 94 regarding what

documents Plaintiff may file. Further violation of the Court's orders may result in dismissal

of the case with prejudice. The Court will not review any additional documents that are

not procedurally proper.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2022
        New York, New York

1