```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICKY WARE BEY,

                Plaintiff,

      - against -

ERIC ADAMS, et al.,

                Defendants.
-------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's motion for recusal filed at Dkts. 103 and 105. Plaintiff's proffered basis for recusal is that early in my career (approximately 1994, when I was a fifth-year associate), I spent four months on loan from my law firm to the New York City's Corporation Counsel. In that capacity, I defended the City against various tort cases, none of which involved federal litigation. Given the remoteness of my pro bono service to the City, its brief duration, and the unrelated nature of the proceedings, there is no appearance of impropriety nor any other basis for recusal. Accordingly, the motion is denied.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2022
         New York, New York