USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,

                Plaintiff,

    - against -

ERIC ADAMS, et al.,

                Defendants.
------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 15, 2022, Plaintiff filed a lengthy affirmation further objecting and responding to Defendants' motion to dismiss and further seeking to vacate the stay. (See Dkt. 116.) The motion to dismiss already has been fully briefed, and Plaintiff's current filing raises no new matter of fact or law that could not have been raised in the earlier briefing.

Plaintiff's request to lift the stay already has been denied multiple times. Once again, Plaintiff's filings continue to be vexatious and an undue burden on the Court. The Court previously ordered that while the motion to dismiss remains pending, Plaintiff shall not file anything further in this case unless (1) responding to a filing of Defendants or a Court order; or (2) presenting new legal authority relevant to Defendants' motion to dismiss. To the extent it was not clear, legal authority is deemed "new" if it has been published since briefing on the motion to dismiss was completed. Authority is not "new" if it was published prior to completion of the motion to dismiss briefing. The case attached to Plaintiff's most recent filing is from 2019 and therefore is not new.

1

The Court again admonishes Plaintiff not to file anything further except as set forth above. As with the Court's previous orders, failure to comply with this order may result in dismissal of the case with prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2022
New York, New York

2