```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,

                Plaintiff,

      - against -

ERIC ADAMS, et al.,

                Defendants.
------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's filing at Dkt. 126 requests relief previously denied and is in violation of this Court's previous orders, including, most recently, Dkt. 122 entered on September 19, 2022. As previously cautioned, failure to comply with the Court's orders may result in dismissal of the case with prejudice.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2022
         New York, New York

1