```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                             :
                                                            :     22-CV-2593 (PAE) (RWL)
                              Plaintiff,                    :
                                                            :
                - against -                                 :     ORDER
                                                            :
ERIC ADAMS, et al.,                                         :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's emergency motion at Dkt. 134 requests relief previously denied and otherwise requests relief that is patently frivolous (there is no basis to award monetary relief on a provisional basis). Plaintiff has yet again filed a vexatious pleading in violation of this Court's repeated orders. As previously cautioned, failure to comply with the Court's orders may result in sanctions, including dismissal of the case with prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2022
       New York, New York

1