USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,

                Plaintiff,

      - against -

ERIC ADAMS, et al.,

                Defendants.
------------------------------------------------------------X

22-CV-2593 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's letter at Dkt. 143 requests confirmation of a pretrial conference on November 15, 2022, at 9:30 a.m. There is no conference scheduled for that day and time. Plaintiff's filings continue to violate the Court's repeated orders. As previously cautioned, failure to comply with the Court's orders may result in sanctions, including dismissal of the case with prejudice.

                SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2022
       New York, New York

1