```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                             :
                                                            :    22-CV-2593 (PAE) (RWL)
                              Plaintiff,                    :
                                                            :
        - against -                                         :    ORDER
                                                            :
ERIC ADAMS, et al.,                                         :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's filings at Dkts. 149-160 are denied as frivolous and in violation of the Court's previous orders. The only proper filing at this time would be objections to the Report and Recommendation issued on November 4, 2022 (Dkt. 148), the deadline for which is November 18, 2022. (See Dkt. 148 at p.29.)

                                            SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2022
       New York, New York