UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

VICKY WARE BEY                                              No.  22-CV-02593-PAE-RWL
                          Plaintiff,

       -against-

ERIC ADAMS, et al.
                          Defendants.
-------------------------------------------------------x

## ORDER

The Court has received and reviewed Plaintiff's three submissions addressed to the undersigned: a submission styled "Request for the Court to Execute the Plaintiff's Motion for Interim Emergency Monetary Relief" (docket entry no. 139), and two letters, which appear to be identical, filed on November 4, 2022 (docket entry no. 149), and November 7, 2022 (docket entry no. 159).  To the extent Plaintiff seeks action based on her allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit."  28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102).  To the extent Plaintiff is requesting that the undersigned reassign this case to a new District Judge or Magistrate Judge, or make or alter any rulings in this case, the request is denied.  The Chief Judge does not have authority to take such action in cases assigned to other members of the Court, and will not communicate further with Plaintiff regarding these matters.  SO ORDERED.

Dated: New York, New York
       November 18, 2022

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge