```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICKY WARE BEY,                                             :
                                                            :   22-CV-2593 (PAE) (RWL)
                            Plaintiff,                      :
                                                            :
        - against -                                         :   ORDER
                                                            :
ERIC ADAMS, et al.,                                         :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of Plaintiff's continued vexatious filing of numerous frivolous applications and documents, the Court respectfully requests the Clerk of Court not to accept any further documents for filing by Plaintiff until the Court has ruled on the pending Report and Recommendation ("R&R"). Defendant need not respond to any of the filings to date to which Defendant has not already responded.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2022
       New York, New York

1