**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VICKY WARE BEY,

                        Plaintiff,

    -against-                                    22 **CIVIL** 2593 (PAE)(RWL)

## JUDGMENT

MAYOR OF NEW YORK CITY ERIC ADAMS et al.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 28, 2022, the Court has accepted and adopted Judge Lehrburger's November 4, 2022 Report and Recommendation in its entirety. Defendants' motion to dismiss is granted. All defendants and all pending claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

         December 28, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                     **BY:**      K. Mango

                                                         **Deputy Clerk**